IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

**RAMAR I. HAWKINS**, *Individually, and on behalf of himself and other similarly situated current and former employees*,

    Plaintiff,

v.                                        **NO.** 3:20-cv-00408

**GARNEY COMPANIES, INC.,**         **FLSA Opt-in Collective Action**
*a Missouri Corporation,* and            **JURY DEMANDED**
**GARNEY HOLDING COMPANY,**
*a Missouri Corporation,*

Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that all claims asserted by Plaintiff against Defendants in this lawsuit be and hereby are dismissed with prejudice. The parties shall bear their own costs.

                                                          Respectfully Submitted,

                                                          *s/J. Russ Bryant*
                                                          Gordon E. Jackson (TN BPR #8323)
                                                          J. Russ Bryant (TN BPR #33830)
                                                          Robert E. Turner, IV (TN BPR #35364)
                                                          **JACKSON, SHIELDS, YEISER, HOLT OWEN & BRYANT**
                                                          Attorneys at Law
                                                          262 German Oak Drive
                                                          Memphis, Tennessee 38018
                                                          Telephone: (901) 754-8001
                                                          Facsimile: (901) 754-8524
                                                          *gjackson@jsyc.com*
                                                          *rbryant@jsyc.com*
                                                          *rturner@jsyc.com*

                                                          ***ATTORNEYS FOR PLAINTIFF***

*s/ Bradford G. Harvey*
Bradford G. Harvey (BPR No. 17393)
**MILLER & MARTIN PLLC**
832 Georgia Avenue
Suite 1200, Volunteer Building
Chattanooga, TN 37402
Telephone: 423-756-6600
Facsimile: 423-785-8475
brad.harvey@millermartin.com

**ATTORNEYS FOR DEFENDANTS**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 29, 2020, a true and correct copy of the foregoing has been filed with the Clerk of the United States District Court for the Eastern District of Tennessee using the CM/ECF system. The Court's CM/ECF system will send an email notification of the foregoing filing to all counsel of record who are registered with the Court's CM/ECF system.

*s/J. Russ Bryant*